IN THE SUPREME COURT OF THE STATE OF DELAWARE

WALTER KIRK,[1]           §
                         §    No. 325, 2022
    Respondent Below, Appellant,   §
                         §
                         §    Court Below:  Family Court
    v.                   §    of the State of Delaware
                         §
DEPARTMENT OF SERVICES FOR   §    File No.  22-03-3TK
CHILDREN, YOUTH AND THEIR   §         CK21-01986
FAMILIES (DSCYF/DFS),    §    Petition No.  22-06015
                         §             21-12789
    Petitioner Below, Appellee.   §

Submitted:   April 26, 2023
 Decided:      May 8, 2023

Before **SEITZ**, Chief Justice; **VALIHURA**, and **TRAYNOR**, Justices.

## O R D E R

This 8th day of May 2023, having considered this matter on the briefs of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Family Court in its Order for Termination and Transfer of Parental Rights dated August 1, 2022, and its Opinion dated August 15, 2022;

NOW, THEREFORE, IT IS ORDERED that the decisions of the Family Court be and the same hereby are AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).